*State, Petitioner, v. Smith, Respondent*, No. 93923-3. Petition for review of a decision of the Court of Appeals, No. 47205-8-II, October 4, 2016, 196 Wn. App. 224. *Granted* March 29, 2017.

*Street et al., Respondents, v. Weyerhaeuser Co., Petitioner*, No. 93984-5. Petition for review of a decision of the Court of Appeals, No. 75644-3-I, November 28, 2016, 196 Wn. App. 1074. *Granted* March 29, 2017.

*State, Respondent, v. Bigsby, Petitioner*, No. 93987-0. Petition for review of a decision of the Court of Appeals, No. 73905-1-I, November 28, 2016, 196 Wn. App. 803. *Granted* March 29, 2017.

*Schnitzer W., LLC, Petitioner, v. City of Puyallup et al., Respondents*, No. 94005-3. Petition for review of a decision of the Court of Appeals, No. 47900-1-II, October 18, 2016, 196 Wn. App. 434. *Granted* March 29, 2017.

*Hornsby, Petitioner, v. Dep't of Labor & Indus. et al., Respondents*, No. 93616-1. Petition for review of a decision of the Court of Appeals, No. 33122-9-III, June 21, 2016, 194 Wn. App. 1040. *Denied* March 29, 2017.

*Bailey, Petitioner, v. Lucas et al., Respondents*, No. 93750-8. Petition for review of a decision of the Court of Appeals, No. 73724-4-I, August 1, 2016, 195 Wn. App. 1027. *Denied* March 29, 2017.

*State, Respondent, v. Kalakosky, Petitioner*, No. 93779-6. Petition for review of a decision of the Court of Appeals, No. 32476-1-III, October 4, 2016, 196 Wn. App. 1024. *Denied* March 29, 2017.

*State, Respondent, v. Nicholas, Petitioner*, No. 93869-5. Petition for review of a decision of the Court of Appeals, No. 74112-8-I, August 22, 2016, 195 Wn. App. 1049. *Denied* March 29, 2017.